ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL (Cal. Bar No. 227153)
Assistant United States Attorney

    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6585
    Fax: (213) 894-7819
    Email: joanna.hull@usdoj.gov

Attorneys for Defendant United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMALIA MARQUEZ and DANIEL SAUCEDO,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 11-5276-SVW (VBKx)<br><br>**STIPULATION DISMISSING PLAINTIFF DANIEL SAUCEDO'S ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>**AND ORDER THEREON** |

It is so ordered
Dated 1/20/12
_____
United States District Judge

1  IT IS HEREBY STIPULATED by the parties, through their undersigned counsel,
2  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Daniel Saucedo's action be
3  dismissed with prejudice.

Respectfully submitted,

DATED: 01/05/12

BOBBY SAADIAN
NAI ALAMO-HECHT
Attorneys for Plaintiff

DATED: December 29, 2011

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Joanna Hull
JOANNA HULL
Assistant United States Attorney
Attorneys for Defendants

2