ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL (Cal. Bar No. 227153)
Assistant United States Attorney

    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6585
    Fax: (213) 894-7819
    Email: joanna.hull@usdoj.gov

Attorneys for Defendant United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMALIA MARQUEZ and DANIEL SAUCEDO,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 11-5276-SVW (VBKx)<br><br>**STIPULATION DISMISSING PLAINTIFF DANIEL SAUCEDO'S ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>**AND ORDER THEREON** |

It is so ordered
Dated: 1/20/12

_____
United States District Judge

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Daniel Saucedo's action be dismissed with prejudice.

DATED: 01/05/12

Respectfully submitted,

BOBBY SAADIAN
NAI ALAMO-HECHT
Attorneys for Plaintiff

DATED: December 29, 2011

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Joanna Hull*
JOANNA HULL
Assistant United States Attorney
Attorneys for Defendants

2