ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL (Cal. Bar No. 227153)
Assistant United States Attorney

    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:  (213) 894-6585
    Fax:         (213) 894-7819
    Email:     joanna.hull@usdoj.gov

Attorneys for Defendant
United States of America

FILED
CLERK U.S. DISTRICT COURT
AUG - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMALIA MARQUEZ, | No. CV 11-5276 SVW (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | [PROPOSED] |
| UNITED STATES OF AMERICA, | Pretrial Conf: June 25, 2012 |
| Defendant. | Trial: July 3, 2012 |
| | Honorable Stephen V. Wilson |

This matter came on for trial without a jury on July 3, 2012, before the Honorable Stephen V. Wilson, District Judge. The Court, having considered the evidence presented, and in accordance with the Findings of Fact and Conclusions of Law filed herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall

be entered in favor of defendant United States of America. Plaintiff is not entitled to any of their requested relief.

Dated: 8/1/12

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Joanna Hull*
JOANNA HULL
Assistant United States Attorney

Attorneys for Defendant,
United States of America

1